# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2385
_____

JOSE SAN ROMAN,

Appellant,

v.

TITAN AMERICA, LLC and TITAN
AMERICA and ESIS WC CLAIMS,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident: February 21, 2014.

January 30, 2019

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Monica Amor of Jose M. Francisco, P.A., Miami, for Appellant.

H. George Kagan of H. George Kagan, P.A., Gulf Stream, for Appellees.